ACCEPTED
04-15-00676-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/9/2015 3:13:32 PM
KEITH HOTTLE
CLERK

Case No. 04-15-00676-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/9/2015 3:13:32 PM
KEITH E. HOTTLE
Clerk

## IN THE FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

*Jose George, Matilde D. George, and Elaine George, Appellants*

*v.*

*Compass Bank, Appellee*

*From Cause No. 2015-CI-12375*
*(severed from Cause No. 2014-CI-03773)*
*45th Judicial District Court, Bexar County, Texas*
*The Honorable Solomon Casseb, III  presiding*

## Notice of Appearance of Counsel

To the Clerk of this Court and all Parties of Record:

Please enter the appearance of Michael D. Conner of Hirsch & Westheimer, P.C. as lead counsel in this Court for Appellee, Compass Bank (**"Compass"**). Also, please notice that William P. Huttenbach, trial counsel, also of Hirsch & Westheimer, P.C., enters his appearance as counsel of record in this Court.

Michael D. Conner hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or

930505.20130509/2260108.1

required to be served in this case and in any cases consolidated herewith, be given to

and served upon the following:

> Michael D. Conner
> State Bar No. 04688650
> mconner@hirschwest.com
> Hirsch & Westheimer, P.C.
> 1415 Louisiana, 36th Floor
> Houston, Texas 77002
> Tel: (713) 220-9162
> Fax: (713) 223-9319.

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: */s/ Michael D. Conner*

Michael D. Conner
mconner@hirschwest.com
State Bar No. 04688650
William P. Huttenbach
State Bar No. 24002330
phuttenback@hirschwest.com
1415 Louisiana, 36th Floor
Houston, Texas 77002
Telephone: (713) 220-9162
Facsimile: (713) 223-9319

**Attorneys for Appellee Compass Bank**

930505.20130509/2260108.1

**<u>Certificate of Compliance</u>**

I certify that this document complies with the type-volume limitation of Tex. R. App. P. 9.4. This document is in a proportionally spaced typeface using Microsoft Word 2013 with 14 point Times New Roman font.

*/s/ Michael D. Conner*
Michael D. Conner

**<u>Certificate of Service</u>**

I hereby certify that on this 9th day of November, 2015, a true and correct copy of the foregoing document was served as follows:

Alberto Alarcon
Hall, Quintanilla, & Alarcon
P.O. Box 207
1302 Washington
Laredo, TX 78042-0207
***Via E-Service***

*/s/ Michael D. Conner*
Michael D. Conner

3